Christopher J. Seusing *(Pro Hac Vice Forthcoming)*
cseusing@wshblaw.com
Sean V. Patel *(Pro Hac Vice Forthcoming)*
spatel@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel: 475-755-7050

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Tel: 310-481-7600

**Attorneys for Defendant, PLEX, INC.**

*APPROVED*
*Susan van Keulen*
*Judge Susan van Keulen*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLEX, INC.,<br><br>Defendant. | Civil Case No. 5:25-cv-07884-SVK<br><br>[Judge Susan van Keulen, Courtroom 6, 4th Floor]<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT FORTY-FIVE DAYS FROM OCTOBER 8, 2025 TO NOVEMBER 24, 2025**<br><br>Date Filed:   September 16, 2025<br>Trial Date:   None Set<br>*[Filed concurrently with [Proposed] Order]* |

**JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT FORTY-FIVE DAYS (45) DAYS FROM OCTOBER 8, 2025 TO NOVEMBER 24, 2025**

Pursuant to Civil Local Rules 6-2 and 7-12, this Joint Stipulation to continue Defendant PLEX, INC.'S, ("Defendant" or "Plex") response to Plaintiff's Complaint is entered into by and between Plaintiff, DAVID RAMIREZ, ("Plaintiff") and Defendant PLEX, INC. (together, "Parties"), by and through their respective counsel of record.  The Parties hereby stipulate and agree as follows:

**I.   RECITALS**

1. WHEREAS on September 16, 2025, Plaintiff filed this civil case.

2. WHEREAS on September 17, 2025, the Court issued its Summons ordering Defendant to file its response to Complaint in 21 days.

3. WHEREAS on October 6, 2025, soon after Wood, Smith, Henning & Berman, LLP were appointed as Plex's counsel of record, Parties agreed upon a forty-five (45) day extension of Plex's deadline to respond to Plaintiff's Complaint.

4. WHEREAS Defendant requests this forty-five (45) day extension to respond to Plaintiff's Complaint, in order to continue to gather facts, and consider whether moving forward with the litigation process is in the interest of both Parties. No prejudice will result to either party in granting the extension request.

/ / /

/ / /

/ / /

/ / /

40186112.1:12373-0088                              -2-

**JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT FORTY-FIVE (45) DAYS FROM OCTOBER 8, 2025 TO NOVEMBER 24, 2025**

## II. STIPULATION

NOW THEREFORE, Based on the foregoing recitals, which are incorporated herein by reference, the Parties hereby stipulate and agree that Defendant's Response to Plaintiff's Complaint shall be on November 24, 2025.

**IT IS SO STIPULATED.**

DATED: October 13, 2025          **WOOD, SMITH, HENNING & BERMAN LLP**

By: _____
JACOB P. WILSON
CHRISTOPHER J. SEUSING
*(Admitted Pro Hac Vice)*
SEAN V. PATEL
*(Pro Hac Vice Forthcoming)*
**Attorneys for Defendant, PLEX, INC.**

DATED: October 13, 2025          **MORGAN AND MORGAN, P.A.**

By: /s/ Ronald Podolny
JOHN A. YANCHUNIS
MICHAEL FRANCIS RAM
RONALD PODOLNY
**Attorneys for Plaintiff, DAVID RAMIREZ**

40186112.1:12373-0088                                    -3-

**JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT FORTY-FIVE (45) DAYS FROM OCTOBER 8, 2025 TO NOVEMBER 24, 2025**

# SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: October 14, 2025

_____
Jacob P. Wilson, Esq.

40186112.1:12373-0088                    -4-

**JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT FORTY-FIVE (45) DAYS FROM OCTOBER 8, 2025 TO <u>NOVEMBER 24, 2025</u>**

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

## MEET AND CONFER ATTESTATION

The undersigned, counsel for Defendant, PLEX, INC. certifies that, in accordance with Civil Local Rule 7-4 counsel has met and conferred with opposing counsel on October 6, 2025. Plaintiff's counsel agreed to afford Plex a continuance to respond to complaint as Wood, Smith Henning & Berman are Plex's newly appointed counsel. The Parties are committed to ongoing settlement discussions. Therefore, counsel is filing this Joint Stipulation.

DATED: October 14, 2025

_____
Jacob P. Wilson, Esq.