Michael Francis Ram, Esq.
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Complex Litigation
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: 415-358-6913
mram@forthepeople.com

John A. Yanchunis, Esq.
*(Admitted Pro Hac Vice)*
Ronald Podolny, Esq.
*(Admitted Pro Hac Vice)*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
jyanchunis@fortheprople.com
ronald.podolny@forthepeople.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID RAMIREZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>PLEX, INC.,<br><br>        Defendant. | Case No. 25-cv-07884-NW<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DE 42]** |

In its Order dated May 4, 2026, the Court ordered the Plaintiff to show cause as to why the action ought not to be dismissed with prejudice.

---

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DE 42]**

Plaintiff does not oppose the dismissal of the action with prejudice, but wishes to provide an explanation and an apology as to the missed deadline.

Plaintiff missed an earlier deadline to respond to Defendant's Motion to Dismiss (April 30, 2026), because Parties were actively negotiating a resolution to this action, and had reached an agreement on the outlines of such a resolution by April 30. They were actively engaged on finalizing the details of the resolution as of April 30. Plaintiff should have informed the Court of these discussions and sought a stay of the case pending settlement discussions  or an extension of the deadline to file a response.

Parties have now finalized their agreement to dismiss this putative class action. Plaintiff was in the process of preparing a Notice of Dismissal when he learned that the Court granted Defendant's Motion to Dismiss. This outcome comports with Parties' agreement, and Plaintiff does not oppose the dismissal of the case.

Plaintiff apologizes to the Court for missing the deadline to respond to the Motion to Dismiss. Plaintiff appreciates the Court's time is valuable and acknowledges that he should have sought a further extension, or a stay, on or before April 30.

- 2-

*PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DE 42]*

Dated: May 6, 2026

Respectfully,

/s/  *John A. Yanchunis*
Michael Francis Ram, Esq.
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: 415-358-6913
mram@forthepeople.com

John A. Yanchunis, Esq.
*(Admitted Pro Hac Vice)*
Ronald Podolny, Esq.
*(Admitted Pro Hac Vice)*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
jyanchunis@fortheprople.com
ronald.podolny@forthepeople.com

*Attorneys for Plaintiff*

*PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DE 42]*